UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                      :
PERLIN L. KOONGE,                                  :

                      Plaintiff,                  :

                                         :          24-CV-09417 (JAV)
            -v-                             :
                                         :               <u>ORDER</u>

CITIBANK, N.A. et al.,                        :

                    Defendants.          :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On February 4, 2025, the parties filed a joint motion to compel arbitration and to stay this case pending arbitration of their disputes. ECF No. 13. That motion is granted. As there is no reason to keep the case open pending the arbitration, the Clerk is directed to administratively close the case without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

SO ORDERED.

Dated: February 6, 2025                        _____
      New York, New York                          JEANNETTE A. VARGAS
                                                                 United States District Judge